**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION**

**GLEN TONEY**                                                                  **PETITIONER**

**v.**                          **No. 4:22-cv-00533-JTK**

**DEXTER PAYNE, Director,
Arkansas Division of Correction**                                   **RESPONDENT**

**<u>JUDGMENT</u>**

Toney's petition for a writ of *habeas corpus* is dismissed with prejudice. No certificate of appealability shall issue.

Dated this 17th day of December, 2024.

_____
JEROME T. KEARNEY
UNITED STATES MAGISTRATE JUDGE